24828. BACKSTITCH *v.* FALLIGANT, administrator.

GUERRY, J. 1. The special assignments of error in the present case are not complete and understandable within themselves, and will not be considered by this court.

2. In the state of the record this court is unable to determine whether the trial court erred in directing a verdict. The judgment is therefore
*Affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JULY 26, 1935. REHEARING DENIED SEPTEMBER 20, 1935.

*Hitch, Denmark & Lovett,* for plaintiff in error.
*Ernest J. Haar,* contra.